UNITED STAES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
PIKEVILLE DIVISION

| | |
|---|---|
| BETTY SHORT<br>    PLAINTIFF | )<br>)<br>) |
| v. | ) CIVIL ACTION NO. _____<br>) |
| KENTUCKY FUEL CORPORATION AND<br>SOUTHERN COAL KENTUCKY CORPORATION<br>    DEFENDANTS | )<br>)<br>) |

NOTICE OF REMOVAL OF CIVIL ACTION NO. 17-CI-0445
FROM THE CIRCUIT COURT OF PIKE COUNTY, KENTUCKY

\* \* \* \* \* \* \* \* \* \* \* \*

Come the Defendants, by counsel, and hereby file this Notice of Removal of this cause of action and respectfully represent to the Court as follows:

1.   On or about, April 27, 2017, the Plaintiff herein filed an original action in the Pike Circuit Court against the Defendants, styled *Betty Short v Kentucky Fuel Corporation and Southern Coal Kentucky Corporation*, being Civil Action No. 17-CI-0445. A copy of the entire file of the Pike Circuit Court containing all process, pleadings, summons, exhibits and orders filed to date is attached hereto as Exhibits A thru H.

2.   The above-styled action is one over which this Court has jurisdiction pursuant to the provisions of 28 U.S.C. § 1332, as complete diversity exists between the Plaintiff and the Defendants. Moreover, this action is one which may be removed to this Court pursuant to 28 U.S.C. § 1441. Pursuant to 28 U.S.C. § 1391 and Local Rule 3.2 (2)(A), venue is proper in this Court in that the events which give rise to this action occurred in Pike County, Kentucky which is within the venue of the United States District Court for the Eastern District of Kentucky, Pikeville Division.

3.   The Defendant, Kentucky Fuel Corporation, is not now nor was it at the time of the commencement of this action incorporated in the Commonwealth of Kentucky. In

addition, this Defendant's principal place of business is not located within the Commonwealth of Kentucky. This Defendant is not a citizen of the Commonwealth of Kentucky.

4. The Defendant, Southern Coal Kentucky Corporation, is not now nor was it at the time of the commencement of this action incorporated in the Commonwealth of Kentucky. In addition, this Defendant's principal place of business is not located within the Commonwealth of Kentucky. This Defendant is not a citizen of the Commonwealth of Kentucky.

5. The Plaintiff is a citizen of the Commonwealth of Kentucky.

6. The amount in controversy in this action exceeds the sum of Seventy-Five Thousand Dollars ($75,000.00), exclusive of interest and costs.

WHEREFORE, the Defendants respectfully request that this action be removed to this Court for trial and for all further appropriate proceedings.

Respectfully submitted,

/s/ Billy R. Shelton_____
Billy R. Shelton, Esq.
Shelton, Branham & Halbert PLLC
2452 Sir Barton Way, Ste. 101
Lexington, KY 40509
859.294.6868 telephone
859.294.6866 facsimile
Counsel for Defendants

## **CERTIFICATE OF SERVICE**

      I hereby certify that on June 27, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notice of filing to all counsel of record who are certified for electronic filing and that a true and correct copy was also duly mailed to the following:

James L. Hamilton, Esq.
Hamilton & Stevens, PLLC
P.O. Box 1286
Pikeville, KY 41502

                                                 <u>Billy R. Shelton</u>_____
                                                 BILLY R. SHELTON