COMMONWEALTH OF KENTUCKY
PIKE CIRCUIT COURT
DIVISION NO. ___

ACTION NO. 17-CI-445

FILED
ANNA PINSON SPEARS
APR 27 2017
PIKE CIRCUIT/DISTRICT COURT D.C.
BY: ___

BETTY SHORT                                                                       PLAINTIFF

VS.

## COMPLAINT

KENTUCKY FUEL CORPORATION                                        DEFENDANT

   Serve:   CT Corporation
                 306 West Main St
                 Suite 512
                 Frankfort KY 40601

AND

SOUTHERN COAL KENTUCKY CORPORATION                DEFENDANT

   Serve:   CT Corporation
                 306 West Main St
                 Suite 512
                 Frankfort KY 40601

\*\*\*\*\*\*\*\*\*\*\*

Comes the Plaintiff, **BETTY SHORT**, by and through Counsel, and for her Complaint with demand for a trial by jury, states as follows:

### COUNT I

1. Plaintiff is, and at all times relevant herein has been, a resident and citizen of Pike County, Kentucky.

2. The Defendant, Kentucky Fuel Corporation, is a foreign corporation licensed to conduct business in the Commonwealth of Kentucky whose agent for service of process is CT Corporation, 306 West Main St., Suite 512, Frankfort, Kentucky 40601, and who conducted a surface mining operation at Bent Mountain in Pikeville, Pike



County, Kentucky.

3. The Defendant, Kentucky Fuel Corporation, is a foreign corporation licensed to conduct business in the Commonwealth of Kentucky whose agent for service of process is CT Corporation, 306 West Main St., Suite 512, Frankfort, Kentucky 40601, and who conducted a surface mining operation at Bent Mountain in Pikeville, Pike County, Kentucky.

4. That the acts complained of herein occurred on or about June 2, 2016 and June 3, 2016 in Pikeville, Pike County, Kentucky.

5. Jurisdiction and venue are proper in Pike Circuit Court.

## COUNT II

6. Plaintiff adopts and reiterates each and every allegation set out in this Complaint and further allege as follows:

7. That at the date and place above, the Defendants conducted surface mining operations near the Plaintiff's residence on Bent Branch Road, Pikeville, Pike County, Kentucky. The Defendants had exclusive control of its mining operations at all times herein.

8. As a direct and proximate result of the Defendants' mining operations, substantial mud, debris, and other materials entered onto the Plaintiff's property.

9. That on the date and place set out above, the Defendants had a duty to conduct its mining operations in a safe manner and to comply with all state and federal regulations and laws, so that the lives and safety of the residents in close proximity to the mine site were not placed in jeopardy.

10. That on or about June 3, 2016, the Defendants breached its duties owed to

the Plaintiff, and as a result of said breach of duties as a direct and proximate result of the Defendants' negligent, grossly negligent, intentional, malicious, and/or egregious conduct, the Plaintiff was caused to fall from her steps due to the substantial mud, debris, and other materials on her property.

11. As a direct and proximate result of the Defendants' negligent, grossly negligent, intentional, malicious, and/or egregious conduct, as well as the breach of duties owed to the Plaintiff, she was caused to suffer and will continue to suffer damages including past, present and future medical bills; past, present and future pain and suffering, in an amount commensurate with the jurisdiction of this Court.

12. That the Defendants have repeatedly exhibited a pattern of conduct which was negligent, grossly negligent, intentional, malicious, and egregious, and shows a complete disregard for the lives and safety of residents in the Bent Branch and surrounding areas, including the Plaintiff, and as such an award of punitive damages is warranted.

**WHEREFORE**, the Plaintiff respectfully demands as follows:

1. That all Defendants be held strictly liable for all damages and injuries as a result of the Defendants' mining operations;

2. That judgment be issued against all Defendants in favor of the Plaintiff in an amount commensurate with the jurisdiction of this Court, said amount to be that which is determined as being fair and reasonable by all of the evidence, for the following elements of damages:

    a. Past, present and future mental and physical pain, suffering, inconvenience, and permanent injuries; and

      b.      Past, present and future medical expenses; and

      c.      Miscellaneous expenses incurred by the Plaintiff, including but not limited to travel expenses, necessitated by the careless and negligent acts of the Defendants; and

4. Punitive damages to deter future conduct;

5. For a trial by jury;

6. For pre-judgment and post-judgment interest;

7. For Plaintiff's costs herein incurred, plus a reasonable attorney's fee; and

7. For any and all other relief to which the Plaintiff may appear entitled either in law or equity.

                      Respectfully submitted,

                      */s/ James L. Hamilton*
                      James L. Hamilton
                      **HAMILTON & STEVENS, PLLC**
                      P.O. BOX 1286
                      PIKEVILLE, KY 41502
                      (606) 437-6555
                      (606) 437-6553 – *facsimile*

Commonwealth of Kentucky
Pike County
Anna Pinson Spears
Circuit Court Clerk

Receipt Number: 01-0152125-A
DATE: 04/27/2017
TIME: 11:55 AM
*** (I) CIRCUIT CIVIL-FILING ***

CASE NO: 17-CI-00445
RECEIVED FROM: HAMILTON AND STEVENS
ACCOUNT OF: SHORT V KY FUEL CORP

PARTY NAME: BETTY SHORT

| # | Description | Amount |
|---|---|---|
| 1. | Civil Filing Fee (Q) | 115.00 |
| 2. | ATJ Fee (1) | 20.00 |
| 3. | Court Technology MCFO(K(CT)) | 10.00 |
| 4. | Library Fee (L) | 1.00 |
| 5. | Court Facilities Fee (|) | 25.00 |
| 6. | Attorney Tax Fee MCFO(K(Q)) | 5.00 |
| 7. | Jury Demand /12 CS(W(M)) | 60.00 |
| 8. | Postage MCFO(K(H)) | 23.08 |
| | TOTAL: | $259.08 |
| | CHECK: | $259.08 |
| | ***DIFF: | 0.00 |

*** Check Number: 14548
*** Credit Card Invoice #:
Balance Due :

Prepared By: Carrie Wright
** MCFO=Money Collected for Others
** CS=Charge for Services
Filing (KYCOURTS)                                Page 1 of 1