UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
AT PIKEVILLE
CASE NO. 7:17-CV-00110-KKC

BETTY SHORT                                                                      PLAINTIFF

VS.                              **AMENDED SCHEDULING ORDER**

KENTUCKY FUEL CORPORATION and
SOUTHERN COAL KENTUCKY CORPORATION                          DEFENDANTS

\*\*\*\*\* \*\*\*\*\* \*\*\*\*\* \*\*\*\*\*

Upon the agreement of the parties, and the Court being fully and sufficiently advised,

**IT IS ORDERED AS FOLLOWS:**

(1) The following deadlines shall be observed in this action:

    a.    Plaintiff shall supply expert witness reports and disclosures by **May 30, 2018;**

    b.    Defendant shall supply expert witness reports and disclosures by **June 30, 2018;**

    d.    All fact and expert discovery, not including evidentiary depositions, shall be completed by **July 30, 2018**; and

    e.    All other deadlines set by the Scheduling Order entered on August 2, 2017 shall remain in effect.