UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
AT PIKEVILLE
CASE NO. 7:17-CV-00110-KKC

BETTY SHORT                                                                                              PLAINTIFF

VS.        **DEFENDANTS' MOTION FOR PARTIAL SUMMARY
           JUDGMENT ON ISSUE OF FUTURE MEDICAL EXPENSES**

KENTUCKY FUEL CORPORATION and
SOUTHERN COAL KENTUCKY CORPORATION                              DEFENDANTS

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

Come the Defendants, by and through counsel, and hereby respectfully move this Court, pursuant to FRCP 56 to enter an Order granting this Motion for Partial Summary Judgment dismissing all the Plaintiff's claims for future medical expenses.  As shown in the attached Memorandum in Support, pursuant to FRCP 56, there are no genuine issues of material fact as to this issue, and Defendants are entitled to Summary Judgment as a matter of law.

Respectfully submitted,

/s/ Billy R. Shelton_____

BILLY R. SHELTON, ESQ.
Shelton, Branham & Halbert PLLC
2452 Sir Barton Way, Suite 101
Lexington, KY 40509
Telephone (859) 294-6868
Facsimile (859) 294-6866
COUNSEL FOR DEFENDANTS

1

**CERTIFICATE OF SERVICE**

   I hereby certify that on September 14, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notice of filing to all counsel of record who are certified for electronic filing and also e-mailed a copy to the following counsel:

James L. Hamilton, Esq.
Hamilton & Stevens, PLLC
PO Box 1286
Pikeville, KY  41502

                /s/ Billy R. Shelton
                Billy R. Shelton, Esq.