UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

| | | |
|---|---|---|
| BETTY SHORT, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 7:17-cv-00110-GFVT |
| | ) | |
| V. | ) | |
| | ) | |
| KENTUCKY FUEL CORPORATION et al., | ) | **ORDER** |
| | ) | |
| | ) | |
| Defendants. | ) | |

\*\*\*    \*\*\*    \*\*\*    \*\*\*

This matter is before the Court on the parties' Agreed Order of Dismissal. [R. 45.] The parties being in agreement and the Court being sufficiently advised, it is hereby **ORDERED** that all claims in this matter by Plaintiff Betty Short against Defendants Kentucky Fuel Corporation and Southern Coal Kentucky Corporation shall be, and hereby are, **DISMISSED WITH PREJUDICE** with each party to bear its own costs and attorney's fees.

This the 5th day of February, 2019.

Gregory F. Van Tatenhove
United States District Judge